# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-27 (WLS-TQL) |
| KABRYEN SHARROD ROSS and ADRIAN JAROD STANLEY, | : |
| Defendants. | : |

## ORDER

Before the Court is Defendant Kabryen Ross's ("Defendant") Motion for Continuance in the Interests of Justice ("the Motion") (Doc. 41). Therein, Defendant asks the Court to continue the trial in the above-captioned case from the November 2024 trial term to the next Valdosta Division trial term. Counsel contends such a continuance is warranted to afford Counsel time "to review the discovery with Mr. Ross, prepare a defense, investigate, research and discuss the government's case in chief with Mr. Ross." (Doc. 41 ¶ 4).

For the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 41) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the Valdosta Division February term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 25th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1