**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

UNITED STATES OF AMERICA,      **:**
      **:**
v.      **:**      CASE NO.: 7:24-CR-27 (WLS-TQL)
      **:**
KABRYEN SHARROD ROSS and      **:**
ADRIAN JAROD STANLEY,      **:**
      **:**
    Defendants.      **:**
      **:**

## ORDER

The Court intends to notice this case for the February 2025 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Wednesday, November 27, 2024,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

    **SO ORDERED**, this 20th day of November 2024.

              **/s/ W. Louis Sands**
              **W. LOUIS SANDS, SR. JUDGE**
              **UNITED STATES DISTRICT COURT**