# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-27 (WLS-TQL-1) |
| | : |
| KABRYEN SHARROD ROSS, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant Kabryen Sharrod Ross ("Defendant") Motion for Continuance in the Interests of Justice ("the Motion") (Doc. 47). Therein, Defendant asks the Court to continue the trial in the above-captioned case from the February 2025 Valdosta trial term until the next trial term. Counsel contends such a continuance is warranted to review additional discovery, review that discovery with Defendant, prepare a defense, investigate, research, discuss the case with Defendant, and conduct plea negotiations. (Doc. 47 ¶ 4).

For the stated reasons, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 47) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the May 2025 trial term and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 2nd day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**