# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-27 (WLS-ALS) |
| | : |
| KABRYEN SHARROD ROSS and | : |
| ADRIAN JAROD STANLEY, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

The Court intends to notice this case for the February 2025 trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, March 4, 2025,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conferenc**e.

**SO ORDERED**, this 26th day of February 2025.

                                                **/s/ W. Louis Sands**
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**